# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| GEORGE T. DUNLAP, IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:07-CV-11596 |
| vs. ) | |
| ) | Hon. Marianne O. Battani |
| WISCONSIN CENTRAL, LTD., WISCONSIN ) | |
| CENTRAL TRANSPORTATION ) | |
| CORPORATION, CANADIAN NATIONAL ) | |
| RAILWAY COMPANY, ILLINOIS CENTRAL ) | |
| RAILROAD COMPANY d/b/a CN-IC, ) | |
| CANADIAN NATIONAL RAILWAY ) | |
| COMPANY, a Railroad Corporation d/b/a ) | |
| WISCONSIN CENTRAL LTD. ) | |
| ) | |
| Defendants. ) | |

_____/

| | |
|---|---|
| CRAIG W. CHURCH | MARY C. O'DONNELL (P33479) |
| HOEY & FARINA, P.C. | DURKIN, MCDONNELL, CLIFTON |
| Attorney for Plaintiff | & O'DONNELL, P.C. |
| 542 S. Dearborn, Suite 200 | Attorneys for Defendant, Wisconsin Central, Ltd. |
| Chicago, IL 60605 | 645 Griswold, Suite 3253 |
| (312) 939-1212 | Detroit, MI 48226 |
| | (313) 963-3033 |

_____/

**STIPULATION AND ORDER TO DISMISS
WISCONSIN CENTRAL TRANSPORTATION CORPORATION,
CANADIAN NATIONAL RAILWAY COMPANY,
ILLINOIS CENTRAL RAILROAD COMPANY D/B/A CN-IC, AND
CANADIAN NATIONAL RAILWAY COMPANY WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the respective parties

hereto that Wisconsin Central Transportation Corporation, Canadian National Railway Company,

1

Illinois Central Railroad Company d/b/a CN-IC, and Canadian National Railway Company be dismissed without prejudice as they are not proper party defendants.

| | |
|---|---|
| HOEY & FARINA, P.C. | DURKIN, MCDONNELL, CLIFTON & O'DONNELL, P.C. |
| /s Craig W. Church<br>CRAIG W. CHURCH<br>Attorneys for Plaintiff<br>542 S. Dearborn Street, Suite 200<br>Chicago, IL 60605<br>(312) 939-1212 | /s Mary C. O'Donnell<br>MARY C. O'DONNELL (P33479)<br>Attorneys for Defendant,<br>Wisconsin Central, Ltd.<br>645 Griswold, Suite 3253<br>Detroit, MI 48226<br>(312) 963-3033 |

**DATED:**  AUGUST 13, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| GEORGE T. DUNLAP, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:07-CV-11596 |
| vs. | ) |
| | ) Hon. Marianne O. Battani |
| WISCONSIN CENTRAL, LTD., WISCONSIN CENTRAL TRANSPORTATION CORPORATION, CANADIAN NATIONAL RAILWAY COMPANY, ILLINOIS CENTRAL RAILROAD COMPANY d/b/a CN-IC, CANADIAN NATIONAL RAILWAY COMPANY, a Railroad Corporation d/b/a WISCONSIN CENTRAL LTD. | ) |
| | ) |
| Defendants. | ) |

_____/

| | |
|---|---|
| CRAIG W. CHURCH | MARY C. O'DONNELL (P33479) |
| HOEY & FARINA, P.C. | DURKIN, MCDONNELL, CLIFTON |
| Attorney for Plaintiff | & O'DONNELL, P.C. |
| 542 S. Dearborn, Suite 200 | Attorneys for Defendant, Wisconsin Central, Ltd. |
| Chicago, IL 60605 | 645 Griswold, Suite 3253 |
| (312) 939-1212 | Detroit, MI 48226 |
| | (313) 963-3033 |

_____/

**ORDER DISMISSING
WISCONSIN CENTRAL TRANSPORTATION CORPORATION,
CANADIAN NATIONAL RAILWAY COMPANY,
ILLINOIS CENTRAL RAILROAD COMPANY D/B/A CN-IC, AND
CANADIAN NATIONAL RAILWAY COMPANY WITHOUT PREJUDICE**

At a session of said Court, held in the U.S. District Courthouse,
City of Detroit, State of Michigan, on

August 17, 2007

PRESENT:  HON.  _____
                        HON. MARIANNE O. BATTANI

3

Upon reading and filing of the above Stipulation, and the Court otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Wisconsin Central Transportation Corporation, Canadian National Railway Company, Illinois Central Railroad Company d/b/a CN-IC, and Canadian National Railway Company be, and hereby are, dismissed without prejudice, as they are not proper party defendants.

        s/Marianne O. Battani
        HON. MARIANNE O. BATTANI