IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE T. DUNLAP, IV,

                      Plaintiff,

                                          No. 2:07-CV-11596

vs.

                                          Hon. Marianne O. Battani

WISCONSIN CENTRAL, LTD.,

                                          Trial by Jury Demanded

                      Defendant.   /

| CRAIG W. CHURCH | MARY C. O'DONNELL |
|---|---|
| HOEY & FARINA | DURKIN, MCDONNELL, CLIFTON & |
| Attorneys for Plaintiff | O'DONNELL, P.C. |
| 542 S. Dearborn, Suite 200 | Attorneys for Defendant, Wisconsin Central, Ltd. |
| Chicago, IL 60605 | 645 Griswold, Ste. 3253 |
| (312) 939-1212 | Detroit, MI 48226 |
|  / | (313) 963-3033 |

## **JUDGMENT ON A JURY VERDICT**

     This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict on October 7, 2009  in the amount of $1,200,000.  NOW, THEREFORE

     IT IS ORDERED, ADJUDGED AND DECREED  that:  GEORGE DUNLAP, the Plaintiff recover from the Defendant, WISCONSIN CENTRAL, LTD.,  the amount of $1,136,728 (which reflects the $1,200,000 verdict reduced by $50,000 received from Homeowners Insurance Company, insurer for the motor vehicle driven by Tara Littlejohn and $13,272 in benefits received by plaintiff from U.S. Railroad Retirement Board (RRB).

     IT IS FURTHER ORDERED that statutory costs, fees and interest may be separately Entered.


Date: December 7, 2009                                                         s/Marianne O. Battani
                                                                                 U. S. District Court Judge

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the above date a copy of this Judgment was served upon Craig W. Church, and Mary C. O'Donnell via the Court's ECF System.

                                                   s/Bernadette M. Thebolt
                                                   Case Manager