UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

George T. Dunlap, IV,

v.

Wisconsin Central, Ltd.,

_____/

Civil No: 07-11596

Judicial Officer: Marianne O. Battani

# TAXED BILL OF COST

On **12/07/09**, a judgment was entered in favor of **the plaintiff**. The prevailing party now requests the clerk to tax the following costs:

| | | AMOUNT REQUESTED | AMOUNT ALLOWED | CLERK'S COMMENTS |
|---|---|---|---|---|
| 1 | Fees of the Clerk *(28:1920(1))(28:1923)* | $350.00 | $350.00 | |
| 2 | Service Fees | $1,050.00 | $0.00 | **See Attached. |
| 3 | Court Reporter Fees | $139,788.33 | $0.00 | **See Attached. |
| 4 | Printing Fees | $1,060.77 | $0.00 | **See Attached. |
| 5 | Witness Fees | $17,107.99 | $0.00 | **See Attached. |
| 6 | Exemplification & Copy Fees | | | |
| 7 | Deposition Related Costs | | | |
| 8 | Other costs | | | |
| | **TOTALS** | **$159,357.09** | **$ 350.00** | |

**After the taxation clerk has taxed costs, counsel for either side may, within five (5) days, file objections.**

Date: December 14, 2009

David J. Weaver, Clerk

s/D.Peruski
*Deputy Clerk*

Rev. 8/99

** Costs are denied as no supporting documentation is provided.  See Bill of Cost Handbook, Section I.C.

# Mailing Information for a Case 2:07-cv-11596-MOB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George T. Brugess**
  gbrugess@hoeyfarina.com,wreynolds@hoeyfarina.com

- **Craig W. Church**
  cchurch@hoeyfarina.com,rkasper@hoeyfarina.com

- **Richard A. Haydu**
  rhaydu@hoeyfarina.com,lwood@hoeyfarina.com

- **Mary C. O'Donnell**
  modonnell@durkinmcdonnell.com,carrie@durkinmcdonnell.com,lopra@durkinmcdonnell.com